IN THE CIRCUIT COURT OF CHICOT COUNTY, ARKANSAS

LASSO, LLC                                                    PLAINTIFF

V.                          CASE NO. *CV2017-25-3*

WEBER SEED FARMS, LLC, GEORGE
DANIEL WEBER, JEFF L. SMITH AND
WOOD & HUSTON BANK                                            DEFENDANTS

### COMPLAINT

Lasso, LLC, through undersigned counsel, states as follow for its

Complaint:

1.      This is an action to recover damages for the breach of a farm lease

and to enforce Lasso's landlord's lien under Arkansas law, together with other,

related causes of action.

### Parties

2.      Lasso is an Arkansas limited liability company. It owns farmland

in Chicot County, Arkansas, where a substantial part of the events or omissions

giving rise to this action occurred.

3.      Weber Seed Farms, LLC is a Missouri limited liability company.

It does business, or previously did business, in Chicot County, Arkansas.

4.      George Daniel Weber is an individual resident of Missouri. Upon

information and belief, he is a member of or managing agent for Weber Seed,

Filed in Chicot County, AR 31st day of
March, 2017 at 9:30 am
Josephine Griffin, Circuit Clerk
By_____ Karla _____ DC

and he is or was a partner or associate of Jeff L. Smith, with farming operations in Chicot County, Arkansas.

5.      Jeff L. Smith is an individual resident of Missouri.    Upon information and belief, he is or was a partner or associate of Weber, with farming operations in Chicot County, Arkansas.

6.      Wood & Huston Bank is a licensed Missouri bank with its principal place of business in Marshall, Missouri. Upon information and belief, it is engaged in the business of agricultural lending, including in Arkansas.  In particular, it financed the 2016 farming operations of Weber and Smith in Chicot County, Arkansas.  This Complaint arises in part from these farming operations and Wood & Huston's financing of them.

## Jurisdiction and Venue

7.      Pursuant to Ark. Code Ann. § 16-60-101 (a)(1) and other applicable law, this Court is the proper venue for this action, and it may properly exercise both personal and subject matter jurisdiction.

## Facts Common to All Counts

8.      On or about October 24, 2014, Lasso entered into a Lease Agreement with Weber Seed, a copy of which is attached hereto as Exhibit A and incorporated herein.

-2-

9.     Under the terms of the Lease, Lasso agreed to give Weber Seed possession and use of 2,043.95 acres of farmland in Chicot County, Arkansas (the Pratt Farm or FSA Farm No. 3129) for a period of five years, beginning January 1, 2015, for the purpose of producing row crops.

10.    In exchange for possession and use of the Pratt Farm, Weber Seed was required to pay Lasso a total cash rental of $1,890,653.00, through a series of installments over the five year term of the Lease.

11.    Weber Seed took possession of the Pratt Farm as of January 1, 2015 and retained possession of it throughout the 2015 and 2016 crop years, making the first four rental installments required by the Lease.

12.    Weber Seed's fifth rental installment, in the amount of $189,065.40, was due on or before October 1, 2016, pursuant to Paragraph 3 of the Lease. Weber Seed failed to timely make the fifth rental installment, and on or about October 31, 2016, it tendered a partial installment in the amount of $117,264.45, asserting the number of total acres and the number of irrigated acres on the Pratt Farm were less than represented, even though it had certified in Paragraph 4 of the Lease that it had inspected the leased premises and found it acceptable, and even though it had possessed the leased premises throughout the 2015 crop year and made four prior rental installments in full, without any

-3-

deduction based upon the number of total acres or the number of irrigated acres.

13.     Subsequently, by letter dated December 22, 2016, Weber Seed's counsel stated Weber Seed was immediately terminating the Lease, and he sought to justify its partial payment of the fifth rental installment as its final obligation under the Lease.  A copy of his letter is attached hereto as Exhibit B and incorporated herein.

14.     Weber Seed's grounds for terminating the Lease and tendering only partial payment of the fifth rental installment are factually and legally insufficient, and constitute a repudiation or abandonment of the Lease and a breach of Weber Seed's contractual obligations.

15.     An investigation into Weber Seed's activities on the Pratt Farm has revealed that Weber Seed did not actually farm the leased premises in 2016. Instead, Weber and Smith did so in their individual capacities, or in their capacities as farming partners or business associates.  A redacted copy of the 2016 FSA-578 Report of Commodities, reflecting Weber and Smith's certification to the Farm Service Agency that they (not Weber Seed) planted crops on the Pratt Farm in 2016, is attached hereto as Exhibit C and incorporated herein.

-4-

16.    Upon information and belief, Wood & Huston Bank financed Weber and Smith's farming operations in 2016. On March 4, 2016, Wood & Huston recorded a UCC Financing Statement with the Arkansas Secretary of State, covering all crops grown by Smith in Arkansas. On April 15, 2016, it recorded a UCC Financing Statement with the Missouri Secretary of State, covering all crops grown by Weber "wherever such property is or may be located." Copies of the Financing Statements recorded by Wood & Huston are attached hereto as Exhibits D and E and incorporated herein.

17.    Weber Seed has refused and continues to refuse to allow Lasso to deposit even the partial fifth rental installment without prejudicing Lasso's right to seek the remaining amounts owed to it.

18.    Weber Seed's rental obligations under the Lease remain unsatisfied and in default.

### Count I - Breach of Contract

19.    Lasso did what was required of it under the Lease, allowing Weber Seed to occupy, possess and use the Pratt Farm for the production of crops, and otherwise meeting its obligations under the terms of the Lease.

20.    Weber Seed did not do what was required of it under the Lease. It failed and refused to make the rental payments required by the Lease;

-5-

assigned or sublet the Pratt Farm to Weber and Smith without Lasso's written consent; repudiated the Lease and abandoned the leased premises without adequate justification; and otherwise breached its obligations under the terms of the Lease.

21.    Based on the foregoing, Lasso is entitled to judgment against Weber Seed in the amount of $189,065.40, covering the rental payment due on October 1, 2016. Lasso is also entitled to pre-judgment interest on the amount owed at the rate of 6% per annum, as allowed by Arkansas law, and to its attorney's fees and costs incurred herein, pursuant to Ark. Code Ann. § 16-22-308.

22.    Lasso has mitigated Weber Seed's breaches of the Lease by renting the Pratt Farm to another tenant. However, the new lease is for less rent than was required by the Lease with Weber Seed. Accordingly, Lasso is entitled to recover the difference in rent from Weber Seed, as well as any and all other general and special damages caused by Weber Seed's breaches of the Lease.

### Count II - Enforcement of Lasso's Crop Lien

23.    Pursuant to Ark. Code Ann. § 18-41-101 and Paragraph 10 of the Lease, Lasso has and asserts a first lien against all crops raised upon the Pratt

Farm in 2016. Such lien is attached to, and should be paid from, any proceeds of the encumbered crops harvested and delivered from the Pratt Farm.

24.    Upon information and belief, including Exhibits C, D and E hereto, Weber, Smith and Wood & Huston had notice of Lasso's interest or lien on the crop, and they received the 2016 crop proceeds from the Pratt Farm with such notice. Under Arkansas law, the 2016 crop proceeds received by Weber, Smith and Wood & Huston remain subject to Lasso's lien.

25.    Accordingly, Lasso is entitled to foreclose and enforce its crop lien and/or obtain judgment against Weber, Smith and Wood & Huston for the crop proceeds held or received by them, up to the full amount owed under the Lease for the 2016 crop.

### Count III - Unjust Enrichment

26.    Based on the foregoing, Lasso is, in the alternative, entitled to recover from Weber and Smith for unjust enrichment. By obtaining possession and use of the Pratt Farm for the 2016 crop year, they were enriched, and such enrichment is unjust, because Weber and Smith have not conferred a benefit on Lasso in return, and neither has Weber Seed on their behalf.

### Count IV - Conversion

27.    Finally, in Exhibit B hereto, Weber Seed acknowledged leaving equipment on the Pratt Farm after its termination or repudiation of the Lease.

28.    Pursuant to Ark. Code Ann. § 18-16-108, this equipment was, by operation of law, abandoned and/or subject to a lien in favor of Lasso.

29.    To the extent Weber Seed removed the equipment, it did so in violation of Lasso's rights and is guilty of a conversion under Arkansas law, entitling Lasso to damages therefor.

30.    Lasso demands return of the subject equipment so that it may be sold and applied toward satisfaction of Weber Seed's Lease obligations.

WHEREFORE, Lasso, LLC prays that it have and recover of and from Weber Seed Farms, LLC the sum of $189,065.40, plus pre-judgment interest accruing on such amount at the rate of 6% per annum, and such other amounts as are necessary to compensate Lasso for Weber Seed's breaches of the Lease, as set forth in Count I, the total of such amounts being in excess of the amount required for federal court jurisdiction in diversity of citizenship cases. Lasso further prays that its statutory and contractual landlord's lien be enforced and paid from any proceeds of the crops harvested and delivered from the Pratt Farm in 2016, as set forth in Count II; that it have and recover the relief

requested in Counts III and IV; that it have and recover its reasonable attorney's fees and costs incurred herein; and that it have and recover any and all other just and proper relief, whether specifically requested herein or not.

**BRIDGES, YOUNG, MATTHEWS & DRAKE PLC**
P. O. Box 7808
Pine Bluff, AR 71611
Telephone No. (870) 534-5532
jacktalbot@bridgesplc.com

By_____
          John P. Talbot, ABN 97119
          Attorneys for Lasso, LLC

THE STATE OF ARKANSAS                                    LEASE NO. 14-0003
COUNTY OF CHICOT                        THIS AGREEMENT MADE BY AND BETWEEN


LESSOR:     LASSO, LLC
            P.O. Box 1030, Palacios, Texas 77465-1030

LESSEE:     Weber Seeds Farms, LLC
            29761 East Hwy 41 Marshall MO 65340


1)  LESSOR hereby leases to said LESSEE, and LESSEE hereby leases from LESSOR on the terms and
    conditions herein stated, for the purpose of farming milo, corn, cotton, wheat, sesame, rice or
    soybeans on 2,043.95 acres on the property (hereinafter called PROPERTY or leased premises)
    described as follows:

                            SEE ATTACHED EXHIBIT A

2)  TERM of this lease shall be 5 (five) crops years beginning January 1, 2015 and terminating December 31,
    ~~xxxx~~ 2019.

3)  CONSIDERATION to be paid LESSOR by LESSEE for this lease shall be the sum of $1,890,658.- payable:

            $ 75,625.15 due on or before five days after signing
            $ 151,252.3 due on or before January 10, 2015
            $ 151,252.3 due on or before October 1, 2015
            $ 189,065.4 due on or before January 10, 2016
            $ 189,065.4 due on or before October 1, 2016
            $ 189,065.4 due on or before January 10, 2017
            $ 189,065.4 due on or before October 1, 2017
            $ 189,065.4 due on or before January 10, 2018
            $ 189,065.4 due on or before October 1, 2018
            $ 189,065.4 due on or before January 10, 2019
            $ 189,065.4 due on or before October 1, 2019


4)  LESSEE acknowledges that he has inspected the leased premises and improvements thereon and finds
    such premises and improvements suitable for LESSEE'S intended purposes and LESSEE accepts the same
    in their present state, and acknowledges that no representations were made by LESSOR, nor his agents
    or employees as to the suitability of said premises and improvements for LESSEE'S intended use.

5)  LESSEE AGREES TO AND SHALL INDEMNIFY AND HOLD HARMLESS LESSOR AND LESSOR'S HEIRS AND
    ASSIGNS AND THEIR OFFICERS, AGENTS, SERVANTS AND EMPLOYEES FROM AND AGAINST ANY AND ALL
    CLAIMS, LOSSES, DAMAGES, CAUSES OF ACTION, SUITS, AND LIABILITY OF EVERY KIND, INCLUDING ALL
    EXPENSES OF LITIGATION, COURT COSTS AND ATTORNEY'S FEES, FOR INJURY TO AND/OR DEATH OF
    ANY PERSON, AND/OR FOR DAMAGE TO ANY PROPERTY, (INCLUDING WITHOUT LIMITATION,
    ENVIRONMENTAL DAMAGE OR POLLUTION), DIRECTLY OR INDIRECTLY ARISING OUT OF OR IN
    CONNECTION WITH LESSEE'S USE OR OCCUPANCY OF THE LEASED PREMISES OR OCCURRING IN, UPON
    OR AROUND THE LEASED PREMISES, IF SUCH INJURIES, DEATH, OR DAMAGES ARE CAUSED IN WHOLE

**EXHIBIT A**

2

OR IN PART BY THE NEGLIGENCE, OTHER FAULT, AND/OR STRICT LIABILITY OF LESSEE, LESSEE'S HEIRS, ASSIGNS, SUB-LESSEES, CONTRACTORS, OR SUB-CONTRACTORS OR THEIR OFFICERS, AGENTS, SERVANTS OR EMPLOYEES. THIS INDEMNITY AGREEMENT SHALL PROTECT LESSOR AND LESSOR'S HEIRS AND ASSIGNS, AND THEIR OFFICERS, AGENTS, SERVANTS AND EMPLOYEES EVEN AGAINST THE CONSEQUENCES OF THEIR OWN NEGLIGENCE, OTHER FAULT, AND/OR STRICT LIABILITY, IF SUCH BE A CONCURRING CAUSE OF THE INJURY, DEATH OR DAMAGE. PROVIDED, HOWEVER, THAT THE ABOVE INDEMNITY AGREEMENT SHALL NOT PROTECT LESSOR, LESSOR'S HEIRS OR ASSIGNS, OR THEIR OFFICERS, AGENTS, SERVANTS, OR EMPLOYEES AGAINST THE CONSEQUENCES OF THEIR OWN GROSS NEGLIGENCE OR INTENTIONAL INJURY.

6) LESSEE will maintain in effect during the term of this lease, a General Liability Insurance Policy or a Farm and Ranch Liability Insurance Policy carrying a minimum of $1,000,000 naming LESSOR as an additional named insured. LESSEE will provide LESSOR with a Certificate of Liability Insurance from LESSEE'S insurance company showing LESSOR, P.O. Box 1030, Palacios, Texas 77465-1030 as Certificate Holder.

7) LESSOR and LESSEE mutually understand and agree that:
   a) LESSEE covenants not to assign or sublet any part of this lease without prior written consent from LESSOR.
   b) LESSOR reserves the right to control hunting and fishing and to lease PROPERTY for hunting and fishing purposes. However, hunting lease shall not interfere with any farming practices.
   c) This lease is subject to any wind, oil, gas or mineral leases, mineral, wind or royalty conveyances, pipeline or utility easements and geophysical exploration permits heretofore executed or that may thereafter be executed covering all or part of PROPERTY.
   d) LESSOR retains the right to enter PROPERTY at any time and for any purposes not interfering with LESSEE'S use for purpose leased.
   e) LESSEE agrees to timely certify within USDA/FSA deadlines all land uses and crops planted and to timely report, as requested, to LESSOR and appropriate agencies all crop production from the PROPERTY. All crop bases shall accrue to the PROPERTY unless otherwise agreed to in advance in writing.
   f) LESSOR and LESSEE agree to abide by all government regulations now existing or hereinafter issued pertaining in any way to the producing and marketing of crop. If LESSEE fails to comply as agreed with such requirements and a penalty is imposed, such penalty shall be borne entirely by LESSEE. Penalty shall mean any assessments paid by crop owners and any damages or losses incurred by all parties caused by LESSEE'S failure to comply. Damages or losses are realized whenever the return from the planting of any crop is less than the return that would have been received had LESSEE complied with the regulations. Such penalty and damages are not to be limited to this crop or this PROPERTY, but shall include all damages attributable to the failure to comply.
   g) In the event LESSEE will not farm PROPERTY the following year, LESSOR, and/or his designee may, after harvest, work the PROPERTY for that following year. Such work to be done so as not to harm LESSEE in any U.S.O.A. programs.
   h) This lease shall not be construed as creating a relationship of principal and agent or of a joint venture, partnership or any other business association between LESSOR and LESSEE, other than landlord and tenant.

8) LESSEE agrees to the following:
   a) To follow crop tillage practices generally recognized as best in the general vicinity of PROPERTY.
   b) To destroy and/or control all noxious weeds on PROPERTY by shredding or spraying, to take reasonable care to prevent soil erosion, to keep all drains in proper working order, and to care in all respects for PROPERTY in such a manner as to return the land and improvements at the

termination of this lease in as good a condition as at the beginning of the term, ordinary wear and depreciation excepted.

c) To spray and/or mow along all roads, ditch and canal banks, and fences, located on or bordering PROPERTY. Clearing and grubbing of the main drainage ditches shall not be the responsibility of the LESSEE.

d) To destroy all rice levees and disk and/or roll rice stubble upon completion of the harvest.

e) To use every accepted and approved farming practice to destroy and prevent the infection of resistant weeds. The LESSEE accepts the present condition and agrees to use all accepted modern farming practices to control noxious and resistant weeds and to return after the expiration of the contract the farm in the same condition. If the LESSEE fails to return the farm in, at a minimum, its present condition, the LESSEE will have to pay the cost to return the farm to its current condition. Before beginning the crop season the LESSEE have to present a weed control plan, this plan have to be discussed and approved by the Lasso LLC agricultural advisor (Eduardo Buratovich), the failure of the weed control plan is a contract breach.

f) Where applicable, to timely meet all rules and regulations concerning the destruction of cotton stalks before and after harvest and be responsible for any and all penalties assessed against LESSOR or PROPERTY for failure to do so.

g) To clean-up and remove from PROPERTY any and all stained soil due to fuel, oil and chemical leakage caused by LESSEE'S activities on the PROPERTY. Said clean-up and removal by LESSEE shall be completed on or before September 15th of each lease year. If LESSEE does not clean-up affected area by September 30th of each respective year, LESSOR has the right to assure that PROPERTY is clear of hazardous waste and debris, such as oil and chemical containers and poly pipe, and be reimbursed by LESSEE for costs LESSOR incurs curing LESSEE'S default.

h) To prevent unauthorized persons from entering the PROPERTY, LESSEE, its employees, agents, and contractors, shall close and lock all perimeter gates when leaving the vicinity of the gates. Gates left open and/or not locked in violation of the above conditions will subject LESSEE to a fine of $ 50.00 per occurrence. If violations continue, LESSOR may terminate the lease without further notice.

i) To not be on PROPERTY or to grant permission to other persons to be on PROPERTY, for any purposes not directly related farming of PROPERTY by LESSEE.

j) Operator shall be responsible for maintaining and repairing all irrigation improvements and equipment (IIE). Unless operator obtains Owner's prior consent to perform maintenance or repair to an IIE, Operator shall be responsible for all costs associated with such maintenance and repair. If Operator receives Owner's prior consent before such maintenance and repairs, then Operator shall only be responsible for paying the first $1,000.00 toward the consented maintenance and/or repair. However, if damage to an IIE is covered by Owner's hazard insurance coverage, then the maximum amount of Operator's liability shall be the lesser of $1,000.00 or the Owner's hazard insurance deductible.

k) To maintain the condition of the PROPERTY in accordance with the previsions of the section 8, clean of noxious weed by mechanical method or chemical method, even if LESSEE does not plant any crop on the PROPERTY for any reason or if LESSEE abandons the PROPERTY at any time before the expiration of the lease.

l) No Organic crop is allowed to be planted on the premises without prior written consent from LESSOR

m) To provide Owner proof of financing for the next crop year in a timely manner by October 30 of the precedent year

9) CANCELLATION On Sale;  it is understood by both LESSOR and LESSEE, that in the event the LESSOR should sell the subject property during the term of this lease, the LESSOR shall have the right to cancel said lease, except that such cancellation shall not occur during the first three (3) crop years. In the event that a sale is made, the LESSOR shall notify the LESSEE, in writing, of such sale. If said notification

is made after the LESSEE has begun field preparations for the next crop year, LESSEE shall have the right to continue the lease for that crop year, unless an agreement is reached between the LESSOR and the LESSEE, in writing, to terminate the lease immediately.

10) LESSOR shall have a landlord's lien on all crops grown on PROPERTY and the proceeds thereof until all rent is paid in full and the clean-up in 8.)e.) is complete and PROPERTY is clear of hazardous waste and debris under and pursuant to all applicable laws of the state of Arkansas.

11) LESSOR may terminate this lease prior expiration of the term stated under section 2 above:
   a)  Without any prior notice, if LESSEE fails to make any rent payment due under this lease and such failure continue for a period of ten (10) days after the date that payment is due, or
   b)  If LESSEE breach any other provision of this lease and fail to cure such breach within thirty (30) days after receipt of written notice of breach from LESSOR

12) WITHIN ten (10) days after receipt of notice from LESSOR of early termination of this lease, or upon fulfillment of all obligation of LESSEE under section 8 of the lease, whichever is the last to occur, LESSEE agrees to remove all equipment or other personal property of LESSEE from the PROPERTY. Any equipment or other personal property of the LESSEE remaining on the PROPERTY after such period shall become the property of LESSOR and may be disposed of by LESSOR at will.

13) IT is agreed that all USDA Program Price Support and Disaster Program benefits shall be that of the LESSEE, on a pro-rata basis with other tenants of the farm.

14) IT is agreed that LESSEE shall have the use of the metal shop building/shed located near the center of the farm and near the existing concrete structures previously used in fish production at no additional charge. LESSEE agrees to maintain building in its current condition, except for normal wear.

WITNESS OUR HANDS IN DUPLICATE THIS THE 24 DAY OF OCTOBER, 2014 .

LESSEE: WEBER SEEDS FARMS, LLC

By: _____

LESSOR: LASSO LLC

By: _____

## EXHIBIT A

LESSOR hereby leases to said LESSEE, and LESSEE hereby leases from LESSOR, certain real property located in Chicot county, Arkansas owned by Owner and being a part of the real property commonly known as "Pratt Farm". The portion of which is to be covered by this lease is part of the real property commonly known as FSA Farm Number(s) 3129 and is located in section 6,19,30,31 32, 33, 34 & 35 Township 17S Range 2W..

| Field N° | Acres | Farm #. | Tract # | Field N° | Acres | Farm # | Tract # |
|---|---|---|---|---|---|---|---|
| 9 | .74,79 | 3129 | 2741 | 256 | 17,79 | 3129 | 2741 |
| 10 | 66,47 | 3129 | 2741 | 257 | 57,03 | 3129 | 2741 |
| 12 | 113,91 | 3129 | 2741 | 259 | 20,19 | 3129 | 2741 |
| 16 | 56,28 | 3129 | 2741 | 261 | 23,00 | 3129 | 2741 |
| 17 | 38,86 | 3129 | 2741 | 263 | 21,71 | 3129 | 2741 |
| 84 | 49,49 | 3129 | 2741 | 265 | 20,95 | 3129 | 2741 |
| 86 | 59,59 | 3129 | 2410 | 267 | 25,51 | 3129 | 2741 |
| 87 | 37,55 | 3129 | 2410 | 271 | 68,06 | 3129 | 2741 |
| 88 | 191,90 | 3129 | 2741 | 276 | 67,23 | 3129 | 2741 |
| 88 | 25,26 | 3129 | 2410 | 277 | 48,68 | 3129 | 2741 |
| 89 | 28,97 | 3129 | 2410 | 278 | 87,03 | 3129 | 2741 |
| 90 | 57,08 | 3129 | 2410 | 282 | 28,72 | 3129 | 2741 |
| 91 | 49,82 | 3129 | 2410 | 286 | 4,78 | 3129 | 2741 |
| 174 | 26,88 | 3129 | 2741 | 295 | 23,30 | 3129 | 2741 |
| 175 | 27,51 | 3129 | 2741 | | 2.043,95 | | |
| 189 | 73,69 | 3129 | 2741 | | | | |
| 190 | 35,18 | 3129 | 2741 | | | | |
| 191 | 33,29 | 3129 | 2741 | | | | |
| 193 | 46,47 | 3129 | 2741 | | | | |
| 194 | 69,90 | 3129 | 2741 | | | | |
| 195 | 32,70 | 3129 | 2741 | | | | |
| 204 | 60,00 | 3129 | 2741 | | | | |
| 205 | 60,10 | 3129 | 2741 | | | | |
| 226 | 20,28 | 3129 | 2741 | | | | |
| 227 | 18,70 | 3129 | 2741 | | | | |
| 228 | 19,51 | 3129 | 2741 | | | | |
| 234 | 28,09 | 3129 | 2741 | | | | |
| 235 | 35,52 | 3129 | 2741 | | | | |
| 238 | 25,54 | 3129 | 2741 | | | | |
| 242 | 13,06 | 3129 | 2741 | | | | |
| 244 | 12,97 | 3129 | 2741 | | | | |
| 246 | 13,32 | 3129 | 2741 | | | | |
| 248 | 14,95 | 3129 | 2741 | | | | |
| 253 | 6,50 | 3129 | 2741 | | | | |
| 254 | 6,84 | 3129 | 2741 | | | | |

# DOVER DIXON HORNE PLLC

### Attorneys at Law

ALLAN W. HORNE
CYRIL HOLLINGSWORTH
THOMAS S. STONE
STEVE L. RIGGS ·
MICHAEL O. PARKER
JOSEPH H. PURVIS
JOHN B. PEACE
WILLIAM DEAN OVERSTREET
MICHAEL G. SMITH +
GARY B. ROGERS

JAMES PAUL BEACHBOARD ▪
OAL McCASTLAIN
MARK H. ALLISON
RANDALL L. BYNUM++
MONTE D. ESTES
WILLIAM O. BIRD III
MATTHEW C. BOCH++++
CARL R. (TREY) COOPER III
BRIDGET R. NORTON+++
TJ LAWHON

426 W. CAPITOL AVE STE 8700
LITTLE ROCK, AR 72201-3465
TELEPHONE (501) 375-9151
FACSIMILE (501) 375-8484
www.doverdixonhorne.com

December 22, 2016

DARRELL D. DOVER (1933-2009)
PHILIP E. DIXON (1932-2008)

OF COUNSEL
GARLAND W. BINNS, JR.

· ALSO LICENSED IN TENNESSEE
+ ALSO LICENSED IN TEXAS
++ ALSO LICENSED IN DISTRICT COLUMBIA
+++ ALSO LICENSED IN GEORGIA
++++ ALSO LICENSED IN ILLINOIS

ꟼꞱꞱ MERITAS LAW FIRMS WORLDWIDE

*Via Certified Mail
and First Class Mail*

Root, LLC
P.O. Box 1030
Palacios, Texas  77465-1030

Lasso, LLC
P.O. Box 1030
Palacios, Texas  77465

Mr. Ricky Underwood
P.O. Box 369
New Market, Alabama  35761

  Re: Lasso Farm and Root Farm (Lease No. 14-0003)

Gentlemen:

  I represent Weber Seed Farms, LLC ("Weber") in connection with the above-mentioned leases, copies of which are enclosed herein (the "Leases"). This letter is notice that Weber hereby terminates the Leases for the reasons discussed below. This termination is effective immediately.

  Among other things, this termination is based upon the material misrepresentation in the acres totaled and itemized by field in the Leases compared to the actual number of field acres, and the material misrepresentation in the acres represented to be irrigated acres compared to acres actually irrigated. As shown in the accounting that accompanied Weber's second installment of its 2016 lease payments to you, the acreage misrepresentations cause the lease payments in the Leases to be overstated $52,131.64 per year, or $260,658.20 over the stated 5 year terms of the Leases. This is a material misrepresentation and a material amount of money. Thus, Weber terminates the Leases.

  Additionally, Weber has repeatedly identified and discussed with you drainage issues that adversely impact at least half of the acres under the Leases. Your failure to correct these drainage issues is a material breach of paragraph 8(c) of the Leases.



EXHIBIT
B

December 22, 2016
Page 2

_____

        The material breaches are further compounded by the fact that you have not cashed
Weber's checks for the second installment of their 2016 lease payments, and you have not
responded at all to the fact of the acreage misrepresentation or Weber's accounting thereof. You
have not responded to the drainage problems. Your lack of response to the acreage
misrepresentation and drainage was preceded by your total lack of response to Weber's written
notice to you of the problems caused by your hunters in the first year of the Leases, which
violated paragraph 7(b) of the Leases. Weber itemized those problems to you in writing and
submitted to you a proposed lease amendment to avoid future problems with hunters. You did
not respond at all to that significant legal and monetary issue.

        The acreage misrepresentation in and of itself is sufficient grounds to terminate the
Leases as I state above. Not cashing Weber's checks and your lack of response to Weber's
written notices of these material legal and monetary issues create an uncertain legal and financial
situation that is not acceptable. Weber will have all of its equipment off of the leased property
no later than January 15, 2017, weather and ground conditions permitting.

                                Sincerely,

                                DOVER DIXON HORNE PLLC

                                Cal McCastlain

JCM/als
Enclosures

cc:    G. Daniel Weber, Member
       Weber Seed Farms, LLC
       29761 East Highway 41
       Marshall, Missouri   65340

Chicot, Arkansas

FSA - 578 (09-13-16)

**Farm Number: 3129**

Operator Name and Address

LASSO LLC.
PO BOX 1030
PALACIOS, TX    77465-1030

# REPORT OF COMMODITIES
## FARM AND TRACT DETAIL LISTING

PROGRAM YEAR: 2016

DATE: 1-3-2017
PAGE: 1

Original: _____
Revision: _____
Cropland: 3690.40
Farmland: 4274.95

| Tract Number | CLU/Field | Crop/Commodity | Variety/Type | Irr Prc | Int Use | Actual Use | Land Use | Organic Status | Native Sod | C/C Status | Reporting Unit | Reported Quantity | Determined Quantity | Crop Land | Field ID | Official/Measured | Planting Date | Planting Period | End Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 695 | 1 | UPCN | ▓▓▓ | I | ▓▓▓ | ▓▓▓ | ▓▓▓ | C | N | Share 100.00 | A | 38.17 Non-Irr | Irr | Yes | | | 5-15-2016 Int Use | 01 Non-Irr | Irr NAP Unit 584 |
| | 2 | UPCN | ▓▓▓ | I | ▓▓▓ | ▓▓▓ | ▓▓▓ | C | N | Share 100.00 | A | 39.66 | RMA Unit | Yes | | | 5-15-2016 | 01 | NAP Unit 584 |
| | 3 | UPCN | ▓▓▓ | I | ▓▓▓ | ▓▓▓ | PP | C | N | Share 100.00 | A | 58.50 | RMA Unit | Yes | | | 5-15-2016 Int Use | 01 Non-Irr | NAP Unit 584 |

PP  Crp/Co  VarType  Irr Prc  Int Use    Non-Irr  Irr Prc  Int Use    PP  Cr/Co  VarType  Irr Prc  Int Use    Non-Irr  Non-Irr  Irr  Irr

01  UPCN

Photo Number/Legal Description: G13

Cropland: 136.33    Reported on Cropland: 136.33    Reported on Non-Cropland: 0.00

| Tract Number | CLU/Field | Crop/Commodity | Variety/Type | Irr Prc | Int Use | Actual Use | Land Use | Organic Status | Native Sod | C/C Status | Reporting Unit | Reported Quantity | Determined Quantity | Crop Land | Field ID | Official/Measured | Planting Date | Planting Period | End Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2410 | 86 | SOYBN | COM | N | GR | Irr 136.33 | PP | C | N | Share 50.00 / 50.00 | A | 59.59 | Irr | Yes | | | 5-9-2016 | 01 | NAP Unit 3081 |
| | | Producer GEORGE DANIEL WEBER / JEFF L SMITH | | | | | | | | | | | | | | | | | |
| | 87 | SOYBN | COM | N | GR | | | C | N | Share 50.00 / 50.00 | A | 37.55 | RMA Unit | Yes | | | 5-9-2016 | 01 | NAP Unit 3081 |
| | | Producer GEORGE DANIEL WEBER / JEFF L SMITH | | | | | | | | | | | | | | | | | |
| | 88 | RICE | LGR | I | GR | | | C | N | Share 50.00 / 50.00 | A | 25.26 | RMA Unit | Yes | | | 5-15-2016 | 01 | NAP Unit 3081 |
| | | Producer GEORGE DANIEL WEBER / JEFF L SMITH | | | | | | | | | | | | | | | | | |
| | 89 | RICE | LGR | I | GR | | | C | N | Share 50.00 / 50.00 | A | 28.97 | RMA Unit | Yes | | | 5-15-2016 | 01 | NAP Unit 3081 |
| | | Producer GEORGE DANIEL WEBER / JEFF L SMITH | | | | | | | | | | | | | | | | | |
| | 90 | RICE | LGR | I | GR | | | C | N | Share 50.00 / 50.00 | A | 57.08 | RMA Unit | Yes | | | 4-8-2016 | 01 | NAP Unit 3081 |
| | | Producer GEORGE DANIEL WEBER / JEFF L SMITH | | | | | | | | | | | | | | | | | |

Difference: 0.00



EXHIBIT
C

hicot, Arkansas

SA - 578 (02-01-91)

arm Number: 3129

# REPORT OF COMMODITIES
## FARM AND TRACT DETAIL LISTING

PROGRAM YEAR: 2016

DATE: 1-3-2017
PAGE: 2

| CLU/ Field | Crop/ Commodity | Variety/ Type | Irr Prc | Int Use | Actual Use | Land Use | Organic Status | Native Sod | C/C Status | Reporting Unit | Irr Prc | Int Use | Reported Quantity | Determined Quantity | Crop Land | Field ID | Official/ Measured | Var/Type | Irr Prc | Planting Date | Planting Period | End Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 94 | RICE | LGR | I | GR | Irr | PP | C | N | I | A | N | GR | 49.82 | Irr | Yes | | | | | 4-25-2016 | 01 | Irr |
| | | | | | | | | Share | 50.00 | | | | | | RMA Unit | | | | | | NAP Unit 3081 | |

PP CrfCo  VarType  Irr Prc  Int Use    Producer GEORGE DANIEL WEBER
01 RICE    LGR       I        GR                  JEFF L SMITH

hoto Number/Legal Description: P13
Cropland: 258.27    Reported on Cropland: 258.27    Reported on Non-Cropland: 0.00

| Tract Number | Field | Crop/ Commodity | Variety/ Type | Irr Prc | Int Use | Actual Use | Land Use | Organic Status | Native Sod | C/C Status | Reporting Unit | Irr Prc | Int Use | Reported Quantity | Determined Quantity | Crop Land | CrfCo | Var/Type | Irr Prc | Planting Date | Planting Period | End Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2741 | 9 | RICE | LGR | I | GR | | | C | N | I | A | N | GR | Non-Irr 97.14 | Irr | PP | C/Co | COM | I | Int Use | Non-Irr | Irr |
| | | | | | | | | | Share | 50.00 | | | | | | | SOYBN | | | | |

Difference: 0.00    Reported on Cropland: 0.00

| | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | RICE | LGR | I | GR | | | C | N | I | A | | 74.79 | Yes | | | | | | 4-7-2016 | 01 | NAP Unit 3081 |
| | | | | | Producer JEFF L SMITH | | | Share | 50.00 | | | | RMA Unit | | | | | | | | |
| | | | | | | GEORGE DANIEL WEBER | | | 50.00 | | | | | | | | | | | | |
| 10 | RICE | LGR | I | GR | | | C | N | I | A | | 66.47 | Yes | | | | | | 4-7-2016 | 01 | NAP Unit 3081 |
| | | | | | Producer JEFF L SMITH | | | Share | 50.00 | | | | RMA Unit | | | | | | | | |
| | | | | | | GEORGE DANIEL WEBER | | | 50.00 | | | | | | | | | | | | |
| 12 | CORN | YEL | N | GR | | | C | N | I | A | | 113.91 | Yes | | | | | | 3-19-2016 | 01 | NAP Unit 3081 |
| | | | | | Producer GEORGE DANIEL WEBER | | | Share | 50.00 | | | | RMA Unit | | | | | | | | |
| | | | | | | JEFF L SMITH | | | 50.00 | | | | | | | | | | | | |
| 16 | RICE | LGR | I | GR | | | C | N | I | A | | 56.28 | Yes | | | | | | 5-9-2016 | 01 | NAP Unit 3081 |
| | | | | | Producer GEORGE DANIEL WEBER | | | Share | 50.00 | | | | RMA Unit | | | | | | | | |
| | | | | | | JEFF L SMITH | | | 50.00 | | | | | | | | | | | | |
| 17 | RICE | LGR | I | GR | | | C | N | I | A | | 38.96 | Yes | | | | | | 4-8-2016 | 01 | NAP Unit 3081 |
| | | | | | Producer GEORGE DANIEL WEBER | | | Share | 50.00 | | | | RMA Unit | | | | | | | | |
| | | | | | | JEFF L SMITH | | | 50.00 | | | | | | | | | | | | |
| 57 | SOYBN | COM | I | GR | | | C | N | I | A | | 26.37 | Yes | | | | | | 5-12-2016 | 01 | NAP Unit 584 |
| | | | | | | | | Share | 100.00 | | | | RMA Unit | | | | | | | | |
| 58 | UPCN | | I | | | | C | N | I | A | | 49.02 | Yes | | | | | | 5-15-2016 | 01 | NAP Unit 584 |
| | | | | | | | | Share | 100.00 | | | | RMA Unit | | | | | | | | |
| 59 | UPCN | | I | | | | C | N | I | A | | 59.69 | Yes | | | | | | 5-12-2016 | 01 | NAP Unit 584 |
| | | | | | | | | Share | 100.00 | | | | RMA Unit | | | | | | | | |

hicot, Arkansas

SA - 578 (02-01-91)

arm Number: 3129

## REPORT OF COMMODITIES
## FARM AND TRACT DETAIL LISTING

PROGRAM YEAR: 2016

DATE: 1-3-2017

PAGE: 3

| Tract Number | CLU/Field | Crop/Commodity | Variety/Type | Irr Pro | Int Use | Actual Use | Land Use | Organic Status | Native Sod | C/C Status | Reporting Unit | Reported Quantity | Determined Quantity | Crop Land | Field ID | Official Measured | Planting Date | Planting Period | End Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | GRASS | BCM | N | GZ | ▓ | ▓ | C | N | I / Share 100.00 | A | 2.16 | RMA Unit | Yes | | | 1-1-2015 | 02 | NAP Unit 584 / 01 |
| | 61 | UPCN | ▓ | | ▓ | ▓ | ▓ | C | N | I / Share 100.00 | A | 64.26 | RMA Unit | Yes | | | 5-12-2016 | 01 | NAP Unit 584 |
| | 62 | UPCN | ▓ | | ▓ | ▓ | ▓ | C | N | I / Share 100.00 | A | 44.89 | RMA Unit | Yes | | | 5-12-2016 | 01 | NAP Unit 584 |
| | 63 | UPCN | ▓ | | ▓ | ▓ | ▓ | C | N | I / Share 100.00 | A | 40.82 | RMA Unit | Yes | | | 5-12-2016 | 01 | NAP Unit 584 |
| | 64 | UPCN | ▓ | | ▓ | ▓ | ▓ | C | N | I / Share 100.00 | A | 53.29 | RMA Unit | Yes | | | 5-12-2016 | 01 | NAP Unit 584 |
| | 65 | UPCN | ▓ | | ▓ | ▓ | ▓ | C | N | I / Share 100.00 | A | 46.83 | RMA Unit | Yes | | | 5-12-2016 | 01 | NAP Unit 584 |
| | 68 | UPCN | ▓ | | ▓ | ▓ | ▓ | C | N | I / Share 100.00 | A | 42.26 | RMA Unit | Yes | | | 5-12-2016 | 01 | NAP Unit 584 |
| | 69 | UPCN | ▓ | | ▓ | ▓ | ▓ | C | N | I / Share 100.00 | A | 59.67 | RMA Unit | Yes | | | 5-12-2016 | 01 | NAP Unit 584 |
| | 70 | UPCN | ▓ | | ▓ | ▓ | ▓ | C | N | I / Share 100.00 | A | 45.04 | RMA Unit | Yes | | | 5-12-2016 | 01 | NAP Unit 584 |
| | 71 | UPCN | ▓ | | ▓ | ▓ | ▓ | C | N | I / Share 100.00 | A | 90.74 | RMA Unit | Yes | | | 5-15-2016 | 01 | NAP Unit 584 |
| | 72 | UPCN | ▓ | | ▓ | ▓ | ▓ | C | N | I / Share 100.00 | A | 65.19 | RMA Unit | Yes | | | 5-15-2016 | 01 | NAP Unit 584 |
| | 77 | GRASS | BCM | N | GZ | ▓ | ▓ | C | N | I / Share 100.00 | A | 120.99 | RMA Unit | Yes | | | 1-1-2015 | 02 | NAP Unit 584 |
| | 78 | UPCN | ▓ | | ▓ | ▓ | ▓ | C | N | I / Share 100.00 | A | 52.62 | RMA Unit | Yes | | | 5-15-2016 | 01 | NAP Unit 584 |
| | 79 | UPCN | ▓ | | ▓ | ▓ | ▓ | C | N | I / Share 100.00 | A | 39.43 | RMA Unit | Yes | | | 5-15-2016 | 01 | NAP Unit 584 |

PROGRAM YEAR: 2016

DATE: 1-3-2017
PAGE: 4

## REPORT OF COMMODITIES
## FARM AND TRACT DETAIL LISTING

cot, Arkansas

5A - 578 (02-01-91)

arm Number: 3129

| Tract/Number CLU/Field | Crop/Commodity | Variety/Type | Irr/Pro | Int Use | Actual Use | Land Use | Organic Status | Native Sod | C/C Status | Reporting Unit | Reported Quantity | Determined Quantity | Crop Land | Field ID | Official/Measured | Planting Date | Planting Period | End Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 80 | SOYBN | COM | I | GR | | | C | | Share 100.00 | A | 53.15 | RMA Unit | Yes | | | | | NAP Unit 584 |
| | | | | | | | | | | | | | | | | 5-12-2016 | 01 | NAP Unit 584 |
| 84 | CORN | YEL | N | GR | | | C | N 1 | Share 50.00 / 50.00 | A | 49.49 | RMA Unit | Yes | | | 3-19-2016 | 01 | NAP Unit 3081 |
| 88A | RICE | LGR | I | GR | | | C | N 1 | Share 50.00 / 50.00 | A | 80.00 | RMA Unit | Yes | | | 4-10-2016 | 01 | NAP Unit 3081 |
| 88B | CORN | YEL | N | GR | | | C | N 1 | Share 50.00 / 50.00 | A | 90.00 | RMA Unit | Yes | | | 3-20-2016 | 01 | NAP Unit 3081 |
| 88C | RICE | LGR | I | GR | | | C | N 1 | Share 50.00 / 50.00 | A | 19.00 | RMA Unit | Yes | | | 5-12-2016 | 01 | NAP Unit 3081 |
| 88D | FALOW | | N | | | | C | N IV | Share 50.00 / 50.00 | A | 2.90 | RMA Unit | Yes | | | | 01 | NAP Unit 3081 |
| 171 | CORN | YEL | I | GR | | | C | N 1 | Share 50.00 / 50.00 | A | 26.38 | RMA Unit | Yes | | | 4-19-2016 | 01 | NAP Unit 3081 |
| 175 | CORN | YEL | I | GR | | | C | N 1 | Share 50.00 / 50.00 | A | 27.51 | RMA Unit | Yes | | | 4-19-2016 | 01 | NAP Unit 3081 |
| 189 | CORN | YEL | N | GR | | | C | N 1 | Share 50.00 / 50.00 | A | 73.69 | RMA Unit | Yes | | | 3-19-2016 | 01 | NAP Unit 3081 |
| 190 | RICE | LGR | I | GR | | | C | N 1 | Share 50.00 | A | 35.18 | RMA Unit | Yes | | | 5-9-2016 | 01 | NAP Unit 3081 |

Producer GEORGE DANIEL WEBER
JEFF L SMITH

icot, Arkansas

5A - 578 (02-01-91)

rm Number: 3129

PROGRAM YEAR: 2016

DATE: 1-3-2017
PAGE: 5

## REPORT OF COMMODITIES
## FARM AND TRACT DETAIL LISTING

| Tract Number / CLU Field | Crop/ Commodity | Variety/ Type | Irr Prc | Int Use | Actual Use | Land Use | Organic Status | Native Sod | C/C Status | Reporting Unit | Reported Quantity | Determined Quantity | Crop Land | Field ID | Official/ Measured | Planting Date | Planting Period | End Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | JEFF L SMITH | | | | | | | | | | | | | | | | |
| 191 | RICE | LGR | I | GR | | | C | N | - \| - 50.00 | A | 33.29 | RMA Unit | Yes | | | 5-9-2016 | 01 | NAP Unit 3081 |
| | | Producer GEORGE DANIEL WEBER | | | | | | | Share 50.00 50.00 | | | | | | | | | |
| | | JEFF L SMITH | | | | | | | | | | | | | | | | |
| 193 | RICE | LGR | I | GR | | | C | N | - \| - 50.00 | A | 46.47 | RMA Unit | Yes | | | 4-25-2016 | 01 | NAP Unit 3081 |
| | | Producer GEORGE DANIEL WEBER | | | | | | | Share 50.00 50.00 | | | | | | | | | |
| | | JEFF L SMITH | | | | | | | | | | | | | | | | |
| 194A | SOYBN | COM | I | GR | | | C | N | - \| - 50.00 | A | 31.16 | RMA Unit | Yes | | | 5-6-2016 | 01 | NAP Unit 3081 |
| | | Producer GEORGE DANIEL WEBER | | | | | | | Share 50.00 50.00 | | | | | | | | | |
| | | JEFF L SMITH | | | | | | | | | | | | | | | | |
| 194B | RICE | LGR | I | GR | | | C | N | - \| - 50.00 | A | 38.72 | RMA Unit | Yes | | | 4-9-2016 | 01 | NAP Unit 3081 |
| | | Producer GEORGE DANIEL WEBER | | | | | | | Share 50.00 50.00 | | | | | | | | | |
| | | JEFF L SMITH | | | | | | | | | | | | | | | | |
| 195A | SOYBN | COM | I | GR | | | C | N | - \| - 50.00 | A | 6.41 | RMA Unit | Yes | | | 5-6-2016 | 01 | NAP Unit 3081 |
| | | Producer GEORGE DANIEL WEBER | | | | | | | Share 50.00 50.00 | | | | | | | | | |
| | | JEFF L SMITH | | | | | | | | | | | | | | | | |
| 195B | RICE | LGR | I | GR | | | C | N | - \| - 50.00 | A | 26.29 | RMA Unit | Yes | | | 4-9-2016 | 01 | NAP Unit 3081 |
| | | Producer GEORGE DANIEL WEBER | | | | | | | Share 50.00 50.00 | | | | | | | | | |
| | | JEFF L SMITH | | | | | | | | | | | | | | | | |
| 196 | SOYBN | COM | I | GR | | | C | N | - \| - 100.00 | A | 125.18 | RMA Unit | Yes | | | 5-12-2016 | 01 | NAP Unit 584 |
| | | | | | | | | | Share 100.00 | | | | | | | | | |
| 197 | SOYBN | COM | I | GR | | | C | N | - \| - 100.00 | A | 59.94 | RMA Unit | Yes | | | 5-12-2016 | 01 | NAP Unit 584 |
| | | | | | | | | | Share 100.00 | | | | | | | | | |
| 198 | SOYBN | COM | I | GR | | | C | N | - \| - 100.00 | A | 28.79 | RMA Unit | Yes | | | 5-12-2016 | 01 | NAP Unit 584 |
| | | | | | | | | | Share 100.00 | | | | | | | | | |
| 199 | SOYBN | COM | I | GR | | | C | N | - \| - 100.00 | A | 22.40 | RMA Unit | Yes | | | 5-12-2016 | 01 | NAP Unit 584 |
| | | | | | | | | | Share 100.00 | | | | | | | | | |
| 200 | UPCN | | I | | | | C | N | - \| - 100.00 | A | 25.21 | RMA Unit | Yes | | | 5-15-2016 | 01 | NAP Unit 584 |
| | | | | | | | | | Share 100.00 | | | | | | | | | |

ct, Arkansas
A - 578 (02-01-91)
rm Number: 3129

# REPORT OF COMMODITIES
# FARM AND TRACT DETAIL LISTING

| Tract/ Field | Crop/ Commodity | Variety/ Type | Irr Pro | Int Use | Actual Use | Land Use | Organic Status | Native Sod | C/C Status | Reporting Unit | Reported Quantity | Determined Quantity | Crop Land | Field ID | Official/ Measured | Planting Date | Planting Period | End Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 201 | SOYBN | COM | I | GR | | | C | N | Share 100.00 | A | 20.07 | RMA Unit | Yes | | | 5-12-2016 | 01 | NAP Unit 584 |
| 204 | RICE | LGR | I | GR | | | C | N | Share 50.00 / 50.00 | A | 60.00 | RMA Unit | Yes | | | 4-9-2016 | 01 | NAP Unit 3081 |
| | Producer GEORGE DANIEL WEBER / JEFF L SMITH | | | | | | | | | | | | | | | | | |
| 205 | RICE | LGR | I | GR | | | C | N | Share 50.00 / 50.00 | A | 60.10 | RMA Unit | Yes | | | 5-11-2016 | 01 | NAP Unit 3081 |
| | Producer GEORGE DANIEL WEBER / JEFF L SMITH | | | | | | | | | | | | | | | | | |
| 209 | SOYBN | COM | I | GR | | | C | N | Share 100.00 | A | 34.61 | RMA Unit | Yes | | | 5-12-2016 | 01 | NAP Unit 584 |
| 226 | RICE | LGR | I | GR | | | C | N | Share 50.00 / 50.00 | A | 20.28 | RMA Unit | Yes | | | 5-12-2016 | 01 | NAP Unit 3081 |
| | Producer GEORGE DANIEL WEBER / JEFF L SMITH | | | | | | | | | | | | | | | | | |
| 227 | RICE | LGR | I | GR | | | C | N | Share 50.00 / 50.00 | A | 18.70 | RMA Unit | Yes | | | 5-12-2016 | 01 | NAP Unit 3081 |
| | Producer GEORGE DANIEL WEBER / JEFF L SMITH | | | | | | | | | | | | | | | | | |
| 228 | RICE | LGR | I | GR | | | C | N | Share 50.00 / 50.00 | A | 19.51 | RMA Unit | Yes | | | 5-12-2016 | 01 | NAP Unit 3081 |
| | Producer GEORGE DANIEL WEBER / JEFF L SMITH | | | | | | | | | | | | | | | | | |
| 234 | RICE | LGR | I | GR | | | C | N | Share 50.00 / 60.00 | A | 28.09 | RMA Unit | Yes | | | 5-10-2016 | 01 | NAP Unit 3081 |
| | Producer GEORGE DANIEL WEBER / JEFF L SMITH | | | | | | | | | | | | | | | | | |
| 235 | RICE | LGR | I | GR | | | C | N | Share 50.00 / 50.00 | A | 35.62 | RMA Unit | Yes | | | 5-10-2016 | 01 | NAP Unit 3081 |
| | Producer GEORGE DANIEL WEBER / JEFF L SMITH | | | | | | | | | | | | | | | | | |
| 238 | RICE | LGR | I | GR | | | C | N | Share 50.00 / 50.00 | A | 25.54 | RMA Unit | Yes | | | 5-14-2016 | 01 | NAP Unit 3081 |
| | Producer GEORGE DANIEL WEBER / JEFF L SMITH | | | | | | | | | | | | | | | | | |
| 242 | RICE | LGR | I | GR | | | C | N | Share 50.00 | A | 13.06 | RMA Unit | Yes | | | 5-14-2016 | 01 | NAP Unit 3081 |
| | Producer GEORGE DANIEL WEBER | | | | | | | | | | | | | | | | | |

scot, Arkansas
GA - 578 (02-01-91)
rm Number: 3129

## REPORT OF COMMODITIES
## FARM AND TRACT LISTING

PROGRAM YEAR: 2016
DATE: 1-3-2017
PAGE: 7

ract umber: 3129

| CLU/Field | Crop/Commodity | Variety/Type | Irr Prc | Int Use | Actual Use | Land Use | Organic Status | Native Sod | C/C Status | Reporting Unit | Reported Quantity | Determined Quantity | Crop Land | Field ID | Official/Measured | Planting Date | Planting Period | End Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 244 | RICE | LGR | I | GR | | | C | N | 1 / 50.00 Share 50.00 50.00 | A | 12.97 | RMA Unit | Yes | | | 5-14-2016 | 01 NAP Unit 3081 | |
| | Producer GEORGE DANIEL WEBER  JEFF L SMITH | | | | | | | | | | | | | | | | | |
| 246 | RICE | LGR | I | GR | | | C | N | 1 / 50.00 Share 50.00 50.00 | A | 13.32 | RMA Unit | Yes | | | 5-14-2016 | 01 NAP Unit 3081 | |
| | Producer GEORGE DANIEL WEBER  JEFF L SMITH | | | | | | | | | | | | | | | | | |
| 248 | RICE | LGR | I | GR | | | C | N | 1 / 50.00 Share 50.00 50.00 | A | 14.95 | RMA Unit | Yes | | | 5-14-2016 | 01 NAP Unit 3081 | |
| | Producer GEORGE DANIEL WEBER  JEFF L SMITH | | | | | | | | | | | | | | | | | |
| 253 | FALOW | | N | | | | C | N | IV / 50.00 Share 50.00 50.00 | A | 6.50 | RMA Unit | Yes | | | | 01 NAP Unit 3081 | |
| | Producer GEORGE DANIEL WEBER  JEFF L SMITH | | | | | | | | | | | | | | | | | |
| 254 | FALOW | | N | | | | C | N | IV / 50.00 Share 50.00 50.00 | A | 6.34 | RMA Unit | Yes | | | | 01 NAP Unit 3081 | |
| | Producer GEORGE DANIEL WEBER  JEFF L SMITH | | | | | | | | | | | | | | | | | |
| 255 | RICE | LGR | I | GR | | | C | N | 1 / 50.00 Share 50.00 50.00 | A | 17.37 | RMA Unit | Yes | | | 5-10-2016 | 01 NAP Unit 3081 | |
| | Producer GEORGE DANIEL WEBER  JEFF L SMITH | | | | | | | | | | | | | | | | | |
| 256 | RICE | LGR | I | GR | | | C | N | 1 / 50.00 Share 50.00 50.00 | A | 17.79 | RMA Unit | Yes | | | 5-10-2016 | 01 NAP Unit 3081 | |
| | Producer GEORGE DANIEL WEBER  JEFF L SMITH | | | | | | | | | | | | | | | | | |
| 257 | CORN | YEL | I | GR | | | C | N | 1 / 50.00 Share 50.00 50.00 | A | 57.03 | RMA Unit | Yes | | | 4-19-2016 | 01 NAP Unit 3081 | |
| | Producer GEORGE DANIEL WEBER  JEFF L SMITH | | | | | | | | | | | | | | | | | |
| 259 | CORN | YEL | I | GR | | | C | N | 1 / 50.00 Share 50.00 50.00 | A | 20.19 | RMA Unit | Yes | | | 4-19-2016 | 01 NAP Unit 3081 | |
| | Producer GEORGE DANIEL WEBER  JEFF L SMITH | | | | | | | | | | | | | | | | | |
| 261 | CORN | YEL | I | GR | | | C | N | 1 / 50.00 Share 50.00 | A | 23.00 | RMA Unit | Yes | | | 4-19-2016 | 01 NAP Unit 3081 | |
| | Producer GEORGE DANIEL WEBER | | | | | | | | | | | | | | | | | |

cot, Arkansas

3A - 578 (02-01-91)

rm Number: 3129

## REPORT OF COMMODITIES
## FARM AND TRACT DETAIL LISTING

PROGRAM YEAR: 2016

DATE: 1-3-2017
PAGE: 8

| Tract Number | CLU/Field | Crop/Commodity | Variety/Type | Irr Pro | Int Use | Actual Use | Land Use | Organic Status | Native Sod | C/C Status | Reporting Unit | Reported Quantity | Determined Quantity | Crop Land | Field ID | Official/Measured | Planting Date | Planting Period | End Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 283 | CORN | YEL | I | GR | | | C | N | 50.00 | A | 21.71 | | Yes | | | 4-19-2016 | 01 | |
| | | | Producer GEORGE DANIEL WEBER | | | | | | Share 50.00 | | | | RMA Unit | | | | | | NAP Unit 3081 |
| | | | JEFF L SMITH | | | | | | | 50.00 | | | | | | | | | |
| | 265 | CORN | YEL | I | GR | | | C | N | | A | 20.95 | | Yes | | | 4-19-2016 | 01 | |
| | | | Producer GEORGE DANIEL WEBER | | | | | | Share 50.00 | | | | RMA Unit | | | | | | NAP Unit 3081 |
| | | | JEFF L SMITH | | | | | | | 50.00 | | | | | | | | | |
| | 287 | CORN | YEL | I | GR | | | C | N | | A | 25.51 | | Yes | | | 4-19-2016 | 01 | |
| | | | Producer GEORGE DANIEL WEBER | | | | | | Share 50.00 | | | | RMA Unit | | | | | | NAP Unit 3081 |
| | | | JEFF L SMITH | | | | | | | 50.00 | | | | | | | | | |
| | 269 | RICE | LGR | I | GR | | | C | N | | A | 20.95 | | Yes | | | 5-12-2016 | 01 | |
| | | | Producer GEORGE DANIEL WEBER | | | | | | Share 50.00 | | | | RMA Unit | | | | | | NAP Unit 3081 |
| | | | JEFF L SMITH | | | | | | | 50.00 | | | | | | | | | |
| | 271 | RICE | LGR | I | GR | | | C | N | | A | 68.06 | | Yes | | | 4-10-2016 | 01 | |
| | | | Producer GEORGE DANIEL WEBER | | | | | | Share 50.00 | | | | RMA Unit | | | | | | NAP Unit 3081 |
| | | | JEFF L SMITH | | | | | | | 50.00 | | | | | | | | | |
| | 276 | SOYBN | COM | I | GR | | | C | N | | A | 67.23 | | Yes | | | 5-7-2016 | 01 | |
| | | | Producer GEORGE DANIEL WEBER | | | | | | Share 50.00 | | | | RMA Unit | | | | | | NAP Unit 3081 |
| | | | JEFF L SMITH | | | | | | | 50.00 | | | | | | | | | |
| | 277 | CORN | YEL | I | GR | | | C | N | | A | 48.68 | | Yes | | | 4-25-2016 | 01 | |
| | | | Producer JEFF L SMITH | | | | | | Share 50.00 | | | | RMA Unit | | | | | | NAP Unit 3081 |
| | | | GEORGE DANIEL WEBER | | | | | | | 50.00 | | | | | | | | | |
| | 278A | SOYBN | COM | I | GR | | | C | N | | A | 53.87 | | Yes | | | 5-7-2015 | 01 | |
| | | | Producer GEORGE DANIEL WEBER | | | | | | Share 50.00 | | | | RMA Unit | | | | | | NAP Unit 3081 |
| | | | JEFF L SMITH | | | | | | | 50.00 | | | | | | | | | |
| | 278B | CORN | YEL | N | GR | | | C | N | | A | 27.16 | | Yes | | | 3-19-2016 | 01 | |
| | | | Producer GEORGE DANIEL WEBER | | | | | | Share 50.00 | | | | RMA Unit | | | | | | NAP Unit 3081 |
| | | | JEFF L SMITH | | | | | | | 50.00 | | | | | | | | | |
| | 280A | RICE | LGR | I | GR | | | C | N | | A | 14.48 | | Yes | | | 5-12-2016 | 01 | |
| | | | Producer GEORGE DANIEL WEBER | | | | | | Share 50.00 | | | | RMA Unit | | | | | | NAP Unit 3081 |

icot, Arkansas

5A - 578 (02-01-91)

arm Number: 3129

# REPORT OF COMMODITIES
## FARM AND TRACT DETAIL LISTING

PROGRAM YEAR: 2016
DATE: 1-3-2017
PAGE: 9

| Tract/Number | CLU/Field | Crop/Commodity | Variety/Type | Irr/Prc | Int Use | Actual Use | Land Use | Organic Status | Native Sod | C/C Status | Reporting Unit | Int Use | Reported Quantity | Determined Quantity | Crop Land | Field ID | Official/Measured | Planting Date | Planting Period | End Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 280B | FALOW | | | | | | C | N | IV 50.00 | A | | 18.53 | RMA Unit | Yes | | | | 01 | |
| | | Producer GEORGE DANIEL WEBER | | JEFF L SMITH | | | | | | | | | | | | | | | | NAP Unit 3081 |
| | 282 | RICE | LGR | I | GR | | | C | N | Share 50.00 50.00 | A | | 28.72 | RMA Unit | Yes | | | 5-12-2016 | 01 | |
| | | Producer GEORGE DANIEL WEBER | | JEFF L SMITH | | | | | | | | | | | | | | | | NAP Unit 3081 |
| | 284 | UPCN | | I | | | | C | N | 1 | A | | 41.61 | RMA Unit | Yes | | | 5-15-2016 | 01 | |
| | | | | | | | | | | | | | | | | | | | | NAP Unit 584 |
| | 286 | CORN | YEL | N | GR | | | C | N | Share 100.00 | A | | 4.78 | RMA Unit | Yes | | | 3-19-2016 | 01 | |
| | | Producer GEORGE DANIEL WEBER | | JEFF L SMITH | | | | | | | | | | | | | | | | NAP Unit 3081 |
| | 288 | UPCN | | I | | | | C | N | 1 | A | | 35.68 | RMA Unit | Yes | | | 5-15-2016 | 01 | |
| | | | | | | | | | | | | | | | | | | | | NAP Unit 584 |
| | 290 | UPCN | | | | | | C | N | Share 100.00 | A | | 40.21 | RMA Unit | Yes | | | 5-15-2016 | 01 | |
| | | | | | | | | | | 1 | | | | | | | | | | NAP Unit 584 |
| | 295 | RICE | LGR | I | GR | | | C | N | Share 100.00 | A | | 23.30 | RMA Unit | Yes | | | 5-12-2016 | 01 | |
| | | Producer GEORGE DANIEL WEBER | | JEFF L SMITH | | | | | | 1 | | | | | | | | | | NAP Unit 3081 |
| | 297 | UPCN | | I | | | | C | N | Share 50.00 50.00 | A | | 22.87 | RMA Unit | Yes | | | 5-15-2016 | 01 | |
| | | | | | | | | | | 1 | | | | | | | | | | NAP Unit 584 |
| | 299 | SOYBN | CCM | I | GR | | | C | N | Share 100.00 | A | | 26.50 | RMA Unit | Yes | | | 5-12-2016 | 01 | |
| | | | | | | | | | | 1 | | | | | | | | | | NAP Unit 584 |
| PP | CrfCo | VarType | Irr Prc | Int Use | Non-Irr | Irr | PP | CrfCo | VarType | Irr Prc | Int Use | Non-Irr | | Irr | | | | | | Irr |

licot, Arkansas

SA - 578 (02-01-91)

arm Number: 3129

**REPORT OF COMMODITIES**
**FARM AND TRACT DETAIL LISTING**

PROGRAM YEAR: 2016
DATE: 1-3-2017
PAGE: 10

| P | Crt/Co | VarType | Irr Prc | Int Use | Non-Irr | Irr | PP | Crt/Co | VarType | Irr Prc | Int Use | Non-Irr | Irr | PP | Crt/Co | VarType | Irr Prc | Int Use | Non-Irr | Irr |
|---|--------|---------|---------|---------|---------|-----|----|--------|---------|---------|---------|---------|-----|----|--------|---------|---------|---------|---------|-----|
| Y1 | CORN | YEL | N | GR | 369.03 | | 01 | RICE | LGR | I | GR | | 1028.06 | 01 | UPCN | | I | | | 618.63 |
| Y1 | SOYBN | COM | I | GR | | 561.70 | 01 | CORN | YEL | I | GR | | 270.96 | 01 | FALOW | | N | | 34.27 | |
| Y2 | GRASS | BCM | N | GZ | 123.15 | | | | | | | | | | | | | | | |

dto Number/Legal Description: F12-13,G12-13

Cropland: 3295.80        Reported on Cropland: 3295.80        Difference: 0.00        Reported on Non-Cropland: 0.00

# REPORT OF COMMODITIES
# FARM SUMMARY

PROGRAM YEAR: 2016

DATE: 1-3-2017
PAGE: 11

icot, Arkansas

SA - 578 (09-13-16)

arm Number: 3129

Original: _____
Revision: _____
Cropland: 3,690.4
Farmland: 4,274.95

erator Name and Address

SSO LLC
O BOX 1030
LACIOS, TX   77465-1030

Producer Name

GEORGE DANIEL WEBER

| Planting Period | Crop/ Commodity | Variety/ Type | Irrigation Practice | Irr Prac | Int Use | Intended Use | Crop/ Commodity | Variety/ Type | Rpt Exp | Reported Quantity | Crop/ Commodity | Variety/ Type | Share | Determined Quantity | Planting Period | Crop/ Commodity | Variety/ Type | Det Exp | Share | Crop/ Commodity | Variety/ Type | Rpt Pvt | Share | Crop/ Commodity | Irrigation Practice | Intended Use | Det Pvt | Share | Reported Quantity | Crop/ Commodity | Variety/ Type | Det NA | Rpt NA | Share |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | FALOW | | | | | | SOYBN | COM | Rpt Exp | 359.03 | SOYBN | COM | 19.87 | | 01 | RICE | LGR | Det Exp | 50.00 | RICE | LGR | Rpt Pvt | 50.00 | CORN | | GR | Det Pvt | 50.00 | 1189.19 | FALOW | | Det NA | Rpt NA | 50.00 |

Producer Name

JEFF L SMITH

| Planting Period | Crop/ Commodity | Variety/ Type | Irrigation Practice | Irr Prac | Int Use | Intended Use | Crop/ Commodity | Variety/ Type | Rpt Exp | Reported Quantity | Crop/ Commodity | Variety/ Type | Share | Determined Quantity | Planting Period | Crop/ Commodity | Variety/ Type | Det Exp | Share | Crop/ Commodity | Variety/ Type | Rpt Pvt | Share | Crop/ Commodity | Irrigation Practice | Intended Use | Det Pvt | Share | Reported Quantity | Crop/ Commodity | Variety/ Type | Det NA | Rpt NA | Share |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | CORN | YEL | N | | | GR | SOYBN | COM | | 1054.96 | GRASS | BCM | 60.26 | | 01 | GRASS | BCM | | 100.00 | SOYBN | COM | | 100.00 | UPCN | N | GR | | 100.00 | 97.14 | FALOW | | | | 100.00 |
| 01 | UPCN | | I | | | GR | SOYBN | | | 561.70 | SOYBN | COM | 19.87 | | 01 | RICE | LGR | | 50.00 | CORN | YEL | Rpt Vol | 50.00 | CORN | I | GR | | 50.00 | 270.96 | FALOW | | | | 50.00 |
| 01 | SOYBN | COM | I | | | GR | SOYBN | G2 | | 123.15 | | | | | | | | | | | | UPCN | | 34.27 | | | | | | | | | | | |
| 02 | GRASS | BCM | N | | | G2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

OTE: The following statement is made in accordance with the Privacy Act of 1974 (5 USC 552a as amended). The authority for requesting the information identified on this form is 7 CFR Part 718, the Farm Security and Rural Investment Act of 2002 (Pub L. 107-171), and the Agricultural Act of 2014 (Pub. L. 113-79). The information will be used to collect producer certification of the report of acreage of crops/commodities and land use data which is needed in order to determine producer eligibility to participate in and receive benefits under FSA programs. The information collected on the form may be disclosed to other Federal, State, Local government agencies, Tribal agencies, and nongovernmental entities that have been authorized access to the information by statute or regulation and/or as described in applicable Routine Uses identified in the System of Records Notice for USDA/FSA-2, Farm Records File (Automated) and USDA/FSA-14, Applicant/Borrower. Providing the requested information is voluntary. However, failure to furnish the requested information may result in a denial of the producers request to participate in and receive benefits under FSA programs. According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0560-0004. The time required to complete this information collection is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. RETURN THIS COMPLETED FORM TO YOUR COUNTY FSA OFFICE. The provisions of criminal and civil fraud, privacy, and other statutes may be applicable to the information provided.

CERTIFICATION: I certify to the best of my knowledge and belief that the acreage of crops/commodities and land uses listed herein are true and correct and that all required crops/commodities and land uses have been reported for the farms as applicable. Absent any different or contrary prior subsequent certification filed by any producer for any crop for which NAP coverage has been purchased, I certify that the applicable crop, pe, practice, intended use and land uses on the above identified land. A signature date (the date the producer signs the FSA-578) will also be captured.

erator's Signature (By) _____   Date _____

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident. Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English. To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at http://www.ascr.usda.gov/complaint_filing_cust.html and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture Office of the Assistant Secretary for Civil Rights 1400 Independence Avenue, SW Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov. USDA is an equal opportunity provider, employer, and lender.

**Mark Martin**
**Arkansas Secretary of State**
Business and Commercial Services Division

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

Financing Statement - Initial

Date Filed: 3/4/2016 10:00 AM          Page(s):3

Filing ID       : 4000012405455
Document ID : 7027059001

A. NAME & PHONE OF CONTACT AT FILER (optional)
Shirley Schultz

B. E-MAIL CONTACT AT FILER (optional)
sschultz@woodhuston.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Loan Department, Wood & Huston Bank
27 E North Street
Marshall, Missouri 65340

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| SMITH | JEFF | | L | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 668 S LAKE DR | MARSHALL | MO | 65340-3255 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| SMITH | D | | MARIE | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 668 S LAKE DR | MARSHALL | MO | 65340-3255 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Wood & Huston Bank | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 27 E North St PO Box 40 | Marshall | MO | 65340 | USA |

4. COLLATERAL: This financing statement covers the following collateral: All present and future right, title and interest in and to any and all personal property of the Debtor, whether such property is now existing or hereafter created, acquired or arising and wherever located from time to time, including without limitation, the following categories of property: goods (including inventory, equipment, fixtures, farm products and any accessions thereto), instruments (including promissory notes), documents, accounts (including health-care-insurance receivables), chattel paper (whether tangible or electronic), deposit accounts, letter-of-credit rights (whether or not the letter-of-credit is evidenced by a writing), commercial tort claims, securities and all other investment property, general intangibles (including payment intangibles and software), all supporting obligations and all proceeds, products, additions, accessions, substitutions and replacements of the foregoing property.
Any term used herein is as defined by the Uniform Commercial Code and further as modified or amended by the laws of the jurisdiction which governs this transaction.
This financing statement covers, and is intended to cover, all personal property... (Continued)

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)    ☐ being administered by a Decedent's Personal Representative
6a. Check only if applicable and check only one box:    ☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility
6b. Check only if applicable and check only one box:    ☒ Agricultural Lien    ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):    ☐ Lessee/Lessor    ☐ Seller/Buyer    ☐ Bailee/Bailor    ☐ Licensee/Licensor
8. OPTIONAL FILER REFERENCE DATA:
9036420

**EXHIBIT D**

FILING OFFICE COPY — UCC FINANCING STATEMENT

Wolters Kluwer Financial Services UCC-1-0713 1/30/2013

## UCC FINANCING STATEMENT **ADDENDUM**
**FOLLOW INSTRUCTIONS**

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME | |
|---|---|

OR

| 9b. INDIVIDUAL'S SURNAME |
|---|
| SMITH |

| FIRST PERSONAL NAME |
|---|
| JEFF |

| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|
| L | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only **one** additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 10b. INDIVIDUAL'S SURNAME | | | | |
|---|---|---|---|---|
| INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

11. ☐ ADDITIONAL SECURED PARTY'S NAME **or** ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only **one** name (11a or 11b)

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):  of the Debtor.
All of the following which Debtor owns now or in the future, together with all parts, accessories, repairs, replacements, improvements, and accessions, and wherever located: FARM PRODUCTS AND SUPPLIES: All farm products including, but not limited to, all poultry and livestock and their young, including aquatic goods, along with their products, produce, and replacements; all crops, annual or perennial, and all products of the crops; and all feed, seed, fertilizer, medicines, and other supplies used or produced in Debtor's farming and/or aquacultural operations. ALL GROWING CROPS AND GRAIN INVENTORY  ALL PROCEEDS AND PRODUCTS OF THE FOREGOING, WHETHER SUCH PROPERTY IS NOW OWNED OR HEREAFTER ACQUIRED AND WHEREVER SUCH PROPERTY IS OR MAY BE... (Continued)

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: |
|---|---|
| | ☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing |

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

## UCC FINANCING STATEMENT **ADDENDUM**
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
|---|
| |

OR

| 9b. INDIVIDUAL'S SURNAME |
|---|
| SMITH |

| FIRST PERSONAL NAME |
|---|
| JEFF |

| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|
| L | |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name;
do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME |
|---|
| |

OR

| 10b. INDIVIDUAL'S SURNAME |
|---|
| |

| INDIVIDUAL'S FIRST PERSONAL NAME |
|---|
| |

| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|
| | |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

11.☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME |
|---|
| |

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral): LOCATED, INCLUDING ALL CROPS AND GRAIN LOCATED IN THE STATE OF ARKANSAS.

13.☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16
(if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

**File Number: 1604156952025**
**Date Filed: 4/15/2016 1:49 PM**
**Jason Kander**
**Secretary of State**

| A. NAME & PHONE OF CONTACT AT FILER [optional] |
|---|
| Toni Bryson                                    (660) 886-6825 |
| B. E-MAIL CONTACT AT FILER (optional) |
| tbryson@woodhuston.com |
| C. SEND ACKNOWLEDGMENT TO:  (Name and Address) |
| Wood & Huston Bank<br>27 E North St<br>Marshall, MO 65340 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Page 1 of 1

1. DEBTOR'S NAME: Provide only **one** Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in the line 1b, leave all of Item 1 blank, check here ☐ and provide the Individual Debtor information in Item 10 of the Financing Statement Addendum (Form UCC1AD)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
OR
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIALS | SUFFIX |
| WEBER | GEORGE | DANIEL | |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 207 MEADOW CREST CT | MARSHALL | MO / 65340 | USA |

2. DEBTOR'S NAME: Provide only **one** Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in the line 2b, leave all of Item 2 blank, check here ☐ and provide the Individual Debtor information in Item 10 of the Financing Statement Addendum (Form UCC1AD)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
OR
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIALS | SUFFIX |
| WEBER | AMY | R | |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 207 MEADOW CREST CT | MARSHALL | MO / 65340 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only **one** Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| WOOD & HUSTON BANK | | | |
OR
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| PO BOX 40 | MARSHALL | MO / 65340 | USA |

4. COLLATERAL:  This financing statement covers the following collateral:

ALL 2016 GROWING CROPS AND ALL PROCEEDS AND PRODUCTS OF THE FOREGOING, WHETHER SUCH PROPERTY IS NOW OWNED OR HEREAFTER ACQUIRED AND WHEREVER SUCH PROPERTY IS OR MAY BE LOCATED.

5. Check only if applicable and only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and only one box: | 6b. Check only if applicable and only one box: |
|---|---|
| ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien  ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA
WEBER246

UCC FINANCING STATEMENT (FORM UCC1) (REV. 08/28/2013)

